IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02747-BNB

KAMAL K.K. ROY,

    Plaintiff,

v.

ALL CANDIDATES OF MIDTERM POLL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2010

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff initiated this action by submitting to the Court *pro se* a set of confusing and generally illegible documents that he apparently intended to have filed as a pleading in a new civil rights action. In an order filed on November 16, 2010, Magistrate Judge Boyd N. Boland directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to file a neat and legible pleading on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's November 16 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this  22nd  day of      December      , 2010.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02747-BNB

Kamal Roy
PO Box 1173
Saranac Lake, NY 12983

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on December 22, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk